IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNIVERSAL MUSIC-MGB SONGS, WB MUSIC CORP., HERBILICIOUS MUSIC, MUSIC OF WINDSWEPT & RAY VAUGHAN MUSIC, INC., <br> Plaintiffs, <br><br> VS. <br><br> CLAYTON'S BEACH BAR AND GRILL LLC & CLAYTON BRASHEAR, <br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. B-17-016 |

# ORDER

On April 17, 2017, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 12]. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, the motion to dismiss filed by Clayton Brashear [Doc. No. 10] is denied.

Signed this 3rd day of May, 2017.

Andrew S. Hanen
United States District Judge